In the Matter of the Application of William J. Cook and Others for an Order Pursuant to the Provisions of Article Seventy-eight of the Civil Practice Act

against JAMES E. FINEGAN and Others. WALTER M. BOUGHTON.— Motion for leave to appeal to the Court of Appeals and for a stay granted; motion for reargument denied. [See 253 App. Div. 876.] Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.